IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Eric Todd Burgess,<br><br>   Petitioner,<br><br>v.<br><br>Warden John Pate of Allendale<br>Correctional Institution,<br><br>   Respondent. | C/A No. 4:15-cv-218-JFA<br><br><br>**ORDER** |

  Eric Todd Burgess ("Burgess") filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 while confined at Allendale Correctional Institution ("ACI").

  The Magistrate Judge assigned to this action[1] prepared a thorough Report and Recommendation ("Report") and opines that this court should grant the Respondent's motion for summary judgment and dismiss the petition without an evidentiary hearing. (ECF No. 22). The Report sets forth in detail the relevant facts and standards of law on this matter, and this court incorporates those facts and standards without a recitation.

  Burgess was advised of his right to object to the Report, which was entered on the docket on September 9, 2015. However, Burgess did not file objections. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(g) (D.S.C.). The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

2

After carefully reviewing the applicable laws, the record in this case, as well as the Report, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, the court adopts the Report and denies Burgess' Petition.

IT IS SO ORDERED.

December 7, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge